**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MARK KOSCIELSKI, Civil 00-425 (JRT/FLN)

Plaintiff,

v. **ORDER OF REFERENCE**

CITY OF MINNEAPOLIS,

Defendant.

---

John C. DeMoss, JOHN C. DeMOSS, LTD., 6950 France Avenue South, Edina, MN 55435, for plaintiff.

Peter W. Ginder, OFFICE OF THE MINNEAPOLIS CITY ATTORNEY, 300 Metropolitan Center, 333 South Seventh Street, Minneapolis, MN 55402-2453, for defendant.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that defendant's motion to dismiss [Docket No. 4] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

Dated: April 12, 2000.

JOHN R. TUNHEIM
United States District Judge

FILED APR 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK