**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Mark Koscielski,**

**Plaintiff,**

**Court File No.: 00-CV-425 JRT/FLN**

**vs.**

**City of Minneapolis,**

**STIPULATION**

**Defendant.**

---

It is hereby stipulated and agreed by and between the parties for the above parties that Paragraph 2 a. and b. of the Expert Disclosure and Discovery section in the Pretrial Schedule in the matter be amended to read as follows:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1. By Plaintiff on or before April 15, 2001;
2. By Defendants on or before April 30, 2001.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1. By Plaintiff on or before April 15, 2001;
2. By Defendants on or before April 30, 2001.

Dated: April 10, 2001

JAY M. HEFFERN
City Attorney
By

PETER W. GINDER
Assistant City Attorney
Attorney Reg. No. 35099
Attorneys for Defendants
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2478

Dated: APRIL 12, 2001

JOHN C. DEMOSS, LTD.
By

JOHN C. DEMOSS
Attorney Reg. No. 22111
6950 France Avenue South
Suite 100
Edina, MN 55435
Attorney for Plaintiff

APR 20 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Upon the foregoing stipulation of the attorneys for Plaintiff and Defendants, it is ordered that Paragraph 2 a. and b. of the Pretrial Schedule may be amended accordingly.

TRIAL READY DATE REMAINS UNCHANGED

BY THE COURT

Date: 4/19/01

Franklin L. Noel
Chief Magistrate Judge