**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MARK KOSCIELSKI,

Plaintiff,

v.

CITY OF MINNEAPOLIS, and
JEFFREY DOUGLAS HO,

Defendants.

Civil 00-425 (JRT/FLN)

**ORDER OF REFERENCE**

---

John C. DeMoss, DeMOSS LAW OFFICE, 6950 France Avenue South, Suite 100, Edina, MN 55435, for plaintiff.

Peter W. Ginder, OFFICE OF THE MINNEAPOLIS CITY ATTORNEY, 333 South Seventh Street, Suite 300, Minneapolis, MN 55402-2453, for defendants.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that defendants' motion for summary judgment [Docket No. 26] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: June 15, 2001
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED__________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________