# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Mark Koscielski

Case No. Civil 00-425JRT/FLN

v.

**JUDGMENT IN A CIVIL CASE**

City of Minneapolis and Jeffrey Ho

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment is **GRANTED** and plaintiff's second amended complaint is **DISMISSED WITH PREJUDICE.**

DATE: February 15, 2002

RICHARD D. SLETTEN, CLERK

______________________________

Denise La Fond, Deputy Clerk